IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARK SEIFRIED,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **PORTFOLIO RECOVERY ASSOCIATES,** | )   Case No. 12-CV-0032-JHP |
| **LLC, a wholly-owned subsidiary of** | ) |
| **PORTFOLIO RECOVERY** | ) |
| **ASSOCIATES, INC.,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On June 10, 2013, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's Amended Motion to Compel [Doc. No. 42]. The Magistrate Judge recommended that Plaintiff's Amended Motion to Compel [Doc. No. 42] be denied, in part, and granted, in part. [Doc. No. 68]. On June 24, 2013, Defendant filed a Partial Objection to the Report and Recommendation. [Doc. No. 70].

After consideration of the issues raised in Defendant's Partial Objection to the Report and Recommendation, Defendant's objection is **OVERRULED**. Further, this Court finds that the Order of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on June 10, 2013, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

ORDERED this 2nd day of July, 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma