IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK SEIFRIED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a wholly-owned subsidiary of PORTFOLIO RECOVERY ASSOCIATES, INC., | ) ) ) ) ) |
| Defendant. | ) ) |

Case No. 12-CV-0032-JHP

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On April 28, 2014, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's Motion for Attorney Fees. [Doc. No. 151]. The Magistrate Judge recommended that Plaintiff's Motion for Attorney Fees [Doc. No. 144] be granted, but that the amount awarded for attorney fees be reduced by that amount charged by Craig Thor Kimmel to $34,439.00 and costs be awarded in the amount of $4,838.10. None of the parties objected to the Report and Recommendation.

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on April 28, 2014, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**ORDERED** this 26th day of June, 2014.

James H. Payne
United States District Judge
Eastern District of Oklahoma